

**NUMBER 13-17-00252-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**PHILLIP JACKSON,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On Appeal from the 105th District Court
of Nueces County, Texas.**

---

## SUPPLEMENTAL ABATEMENT ORDER

**Before Justices Rodriguez, Benavides, and Longoria
Order Per Curiam**

Appellant, Phillip Jackson, filed a notice of appeal with this Court from a judgment nunc pro tunc signed on April 20, 2017. The record currently before the Court fails to include a certification of appellant's right to appeal. This appeal was abated and remanded by this Court on August 23, 2017, to the trial court for entry of a certification of

appellant's right to appeal. The trial court has advised this Court that a hearing was scheduled and appellant failed to appear.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal remains abated. The trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeal; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If it is determined appellant has not abandoned his appeal, the trial court should enter a certification of the appellant's right to appeal.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of November, 2017.

2